UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FUJITSU LIMITED<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TELLABS OPERATIONS, INC.,<br>TELLABS, INC., AND<br>TELLABS NORTH AMERICA, INC.<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:13-CV-04991<br><br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE<br><br>JURY TRIAL DEMANDED |

**TELLABS, INC.'S CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Defendant Tellabs, Inc. discloses that it was recently acquired by Marlin Equity Partners.

No publicly held corporation owns 10% or more of Tellabs, Inc.'s stock.

|  |  |
|---|---|
| Dated: February 5, 2014 | /s/ James P. Bradley |

Richard O'Malley, Jr.
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

James P. Bradley (*admitted pro hac vice*)
Texas Bar No. 02826000
Steve Malin (*admitted pro hac vice*)
Texas Bar No. 12859750
Kelley A. Conaty (*admitted pro hac vice*)
Texas Bar No. 24040716
Mark A. Dodd (*admitted pro hac vice*)
Texas Bar No. 24040815
Kristoffer B. Leftwich (*admitted pro hac vice*)
Texas Bar No. 24046285
Benjamin B. Kelly (*admitted pro hac vice*)
Texas Bar No. 24055765
Li Chen (*admitted pro hac vice*)
Texas Bar No. 24001142
**SIDLEY AUSTIN LLP**
717 North Harwood
Suite 3400
Dallas, Texas 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

**ATTORNEYS FOR
TELLABS OPERATIONS, INC. , TELLABS, INC.,
AND TELLABS NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2014, I caused a copy of the foregoing document to be served by the Court's ECF Notification System and by email on all parties of record.

*/s/ James P. Bradley*