UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Fujitsu Limited
        Plaintiff,

v.                Case No.: 1:13−cv−04991
                Honorable James F. Holderman

Tellabs Inc, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2015:

  MINUTE entry before the Honorable James F. Holderman: Status hearing held. Pursuant to parties' agreed stipulation of dismissal, based on the settlement agreement reached among the parties, this case is dismissed with prejudice. Civil Case Terminated. Fujitsus motion to vacate certain orders [92] is denied. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.